LAW OFFICES
**DOYLE BERMAN
GALLENSTEIN, P.C.**
3300 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85012-2524
(602) 240-6711 TELEPHONE NUMBER
(602) 240-6951 FACSIMILE NUMBER
**ALG@DBGLAWFIRM.COM**

ARIZONA BAR NUMBER  William H. Doyle, #007285
J. Randall Jue, #014816

ATTORNEYS FOR      Defendants

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| JOSE DELEON, a single man, | No. CIV-04-2978-PHX-SRB |
| Plaintiff, | |
| vs. | **WRIT OF GENERAL EXECUTION** |
| THE CITY OF PARKER, a political subdivision of the State of Arizona; THE PARKER POLICE DEPARTMENT; and OFFICER L. AVIS, individually and as employee; CHIEF OF POLICE - JOHN TISDALE OF THE PARKER POLICE DEPARTMENT, | |
| Defendants. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA, TO THE MARSHAL OF THE UNITED STATES IN AND FOR THE DISTRICT OF ARIZONA, GREETINGS:

WHEREAS, a judgment in the above-entitled action was entered by the Clerk in the appropriate dockets in this Court on May 21, 2007 against the Judgment Debtor whose name and address appears below:

Jose Deleon
613 12th Street
Parker, AZ 85344

///

WHEREAS, the terms of the Judgment for Taxation of Costs against the Judgment Debtor is as follows:

TAXATION OF COSTS:　　　$4,676.90

WHEREAS, taking into consideration any payments made on that Judgment, costs to date, and accrued interest to date, the total amount due on that Judgment is $4,676.90.

NOW, THEREFORE, YOU, MARSHAL　are hereby commanded to satisfy this Judgment from the personal property of the Judgment Debtor and, if sufficient personal property cannot be located, from the real property of the Judgment Debtor.

You are further commanded to make return of this Writ not less than ten nor more than ninety days after your receipt hereof, with what you have done endorsed hereon. Should the Judgment Debtor offer to pay the amount due on the Judgment, you are authorized to accept cash, a certified check, or a cashier's check for the total amount due.

DATED this _7th_ day of _August_, 2007.

RICHARD H. WEARE, CLERK

By:
_Michael O'Brien_
Michael O'Brien
Chief Deputy Clerk